# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Terence Devon Garmon ,

    Plaintiff(s),　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　3:09cv402
　　　　　　　　　　　　　　　　　3:08cr256
USA,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 23, 2009 Order.


Signed: September 23, 2009

Frank G. Johns, Clerk
United States District Court